U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2016 JAN 21  PM 1:34

CLERK
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 2:16-CR-6 |
| ) | |
| CEDRIK BOURGAULT-MORIN, ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges that:

On or about January 13, 2016, in the District of Vermont, defendant CEDRIK BOURGAULT-MORIN knowingly and intentionally possessed with intent to distribute Alprazolam, a Schedule IV controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(2))

A TRUE BILL

███████████████
FOREPERSON

_[signature]_
ERIC S. MILLER (JO)
United States Attorney
Burlington, Vermont
January 21, 2016

1