NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

UNITED STATES OF AMERICA

       v.                                  Case No: 16-cr-06

**CEDRIK BOURGAULT-MORIN**

TAKE NOTICE that the above-entitled case has been scheduled at 11:00 a.m. on Monday, May 2, 2016, at Burlington, Vermont before the Honorable Christina Reiss, Chief District Judge, for a Change of Plea.

| | |
|---|---|
| **Location: Courtroom 542** | **JEFFREY S. EATON, Clerk** |
| **Date of Notice: 4/5/2016** | By /s/Jennifer Ruddy |
| | **Deputy Clerk** |

**TO:**

**Jonathan Ophardt, AUSA**

**David McColgin, AFPD**

**Anne Pierce, Court Reporter**
**French Interpreter**